JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARCO VELAZQUEZ,

              Plaintiff,

      vs.

COUNTY OF ORANGE, et al.,

              Defendants.

_____

)
)
)
)
)
)
)
)
)
)

Case No.
SA CV 12-00800 MMM (MRW)

JUDGMENT

    Pursuant to the Order entered today,

    IT IS ADJUDGED that the action is dismissed without prejudice.

DATE: November 30, 2012

_____

HON. MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE